IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| DANIEL PORTER, as Personal Representative of the Estate of Kim Porter, Deceased, et al. | * |
| Plaintiffs, | * |
| v. | * |
| | * Case No. 1:11-cv-00331-CCB |
| FOREST HILL HEALTH AND REHABILITAITON CENTER, et al | * |
| Defendants. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

The parties to the undersigned claim stipulate pursuant to Federal Rule of Civil Procedure 41(a) to the dismissal WITHOUT PREJUDICE of SAVASENIORCARE LLC, SAVASENIORCARE Administrative Services LLC, SMV Forest Hill, LLC, Mariner Health of Forest Hill, LLC, Mariner Health Care Central, Inc., and Mariner Health Care Management Company.

The parties further stipulate and agree that, if an action is refiled against any or all of these dismissed Defendants, for purposes of the statute of limitations for such refiled action, the filing date of such action shall be deemed to be May 21, 2009, the original date of the filing of the Statement of Claim in the Healthcare Alternative Dispute Resolution Office of Maryland.

This Dismissal does not affect the status of SSC Forest Hill Operating Company, LLC d/b/a Forest Hill Health and Rehabilitation Center, David S. Dunn, M.D., and Harford Primary Care, LLC, all of which will remain Defendants in this case.

Respectfully submitted,

*[signature]*
Jeffrey S. Goldstein (Bar No. 22634)
jgoldstein@jsglaw.com
Jeffrey S. Goldstein, P.A.
10320 Little Patuxent Parkway
Suite 322
Columbia, Maryland 21044
(410) 884-6890

*[signature]*
Bertram M. Goldstein (Bar No. 00818)
Bertram M. Goldstein & Assoc., P.A.
10320 Little Patuxent Parkway
Suite 322
Columbia, Maryland 21044
(410) 884-6890
*Attorneys for Plaintiffs*

*[signature]*
Amy B. Heinrich (Bar No. 03815)
abh@gdldlaw.com
Thomas G. Coale (Bar No. 28500)
tcoale@gdldlaw.com
Goodell, DeVries, Leech & Dann, LLP
Suite 2000 One South Street
Baltimore, Maryland 21202
Phone: 410-783-4000
Fax: 410-951-4040
*Attorneys for SAVASENIORCARE, LLC,
SAVASENIORCARE Administrative
Services, LLC, SMV Forest Hill, LLC,
Mariner Health of Forest Hill, LLC,
Mariner Health Care Central, Inc., and
Mariner Health Care Management
Company.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 21st day of June, 2011, a copy of the foregoing Stipulation Of Dismissal Without Prejudice was electronically filed with the Clerk of Court using the CM/ECF system and thereby served upon Plaintiffs' counsel:

Jeffrey S. Goldstein, Esq.
Jeffrey S. Goldstein, P.A.
10320 Little Patuxent Parkway, #322
Columbia, Maryland 21044
*Attorney for Plaintiffs*

Mailed via first class mail:

David S. Dunn, M.D.
615 W. MacPhail Road, Suite 106
Bel Air, MD 21014

Harford Primary Care, LLC
615 W. MacPhail Road, Suite 106
Bel Air, MD 21014

_____
Thomas G. Coale

*4843-9319-6296*