Case 1:11-cv-00331-CCB   Document 64   Filed 12/20/12   Page 1 of 2

U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2012 DEC 21  A 11: 44

CLERK'S OFFICE
AT BALTIMORE

BY_____ DEPUTY

**UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MARYLAND**

DANIEL PORTER, et al., Plaintiff  )
)
)
)
v.                                 )   Civil Action No.: 1:11-CV-0331
)
)
)
DAVID S. DUNN, M.D., et al., Defendants )
)
)
)

\* \* \* \* \* \* \* \* \* \* \* \*

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to F.R.C.P. 41, the parties hereby stipulate and agree that all claims in the above-captioned case against Dr. David S. Dunn, M.D. and Harford Primary Care, LLC, be, and hereby are, DISMISSED WITH PREJUDICE. All parties agree to bear their own costs and fees.

_____/s/_____
Ronald U. Shaw (Fed. Bar No.: 00077)
Shaw & Joseph, P.A.
11350 McCormick Road
Executive Plaza III, Suite 1200
Hunt Valley, Maryland 21031
(443)330-9000
rshaw@shaw-joseph.com
*Attorneys for Defendants,
Defendants, David S. Dunn, M.D.,
and Harford Primary Care, LLC.*

_____/s/_____
Jeffrey S. Goldstein
Jeffrey S. Goldstein, P.A.
Bertram M. Goldstein & Associates, P.A.
10320 Little Patuxent Parkway, Suite 322
Columbia, Maryland 21044
*Attorney for Plaintiffs*

Approved
CCB
USDJ
12/21/12